**W. C. BIGGERS & CO., Appellant, v. FIRST NAT. BANK OF KAUFMAN, TEX., Appellee. (No. 3682.)**

Court of Civil Appeals of Texas. Texarkana. April 6, 1929.

Rehearing Denied April 11, 1929.

Tom Whipple, of Waxahachie, for appellant.

Jas. Young, of Kaufman, for appellee.

LEVY, J. This is an appeal from an order overruling a plea of privilege. It is a companion case to the case of W. C. Biggers & Co. v. Farmers' & Merchants' Nat. Bank, 16 S.W.(2d) 324, this day decided by this court, involving the same question on a similar state of facts. The ruling in that case is controlling of the present case.

The judgment is affirmed.